**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000066
07-FEB-2024
07:56 AM
Dkt. 8 ODSLJ**

NO. CAAP-24-0000066

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

D.R., Plaintiff-Appellant, v.
T.R., Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CASE NO. 3FDV-22-0000801)

ORDER DISMISSING APPEAL FOR LACK OF JURISDICTION
(By: Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)

Upon review of the record, we conclude that the court lacks appellate jurisdiction over self-represented Plaintiff-Appellant D.R.'s appeal from the Family Court of the Third Circuit's November 22, 2023 "Order from November 16, 2023," as it is not a final, appealable decree, order, or judgment. See Hawaii Revised Statutes § 571-54 (2018); Hall v. Hall, 96 Hawaiʻi 105, 111 n.4, 26 P.3d 594, 600 n.4 (App. 2001) (holding that a post-judgment order is an appealable final order if it finally determines the post-judgment proceeding), aff'd in part, and vacated in part on other grounds, 95 Hawaiʻi 318, 22 P.3d 965 (2001).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for lack of appellate jurisdiction.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, February 7, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge